THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JANE REYNOLDS, Appellant.

Argued November 21, 1949; decided December 29, 1949.

*Barney Gorman* for appellant.

*Frank S. Hogan, District Attorney* (*Peyton H. Moss* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.